```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 10034
   LARRY MCGEE
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-3760


------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/05/07 .

   2.  The case was dismissed without confirmation, 08/24/2007.


------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------
NATIONSTAR MORTGAGE LLC   CURRENT MORTG        .00            .00            .00
NATIONSTAR MORTGAGE LLC   MORTGAGE ARRE   NOT FILED           .00            .00
NATIONSTAR MORTGAGE LLC   SECURED              .00            .00            .00
CAPITAL ONE BANK          UNSECURED       NOT FILED           .00            .00
CREDIT SOLUTIONS CORP     UNSECURED       NOT FILED           .00            .00
DEBT RECOVERY SOLUTIONS   UNSECURED       NOT FILED           .00            .00
FIRST PREMIER BANK        UNSECURED       NOT FILED           .00            .00
NICOR GAS                 UNSECURED       NOT FILED           .00            .00
NICOR GAS                 UNSECURED       NOT FILED           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED       NOT FILED           .00            .00
      Summary of disbursements:
------------------------------------------------------------------------
                       SECURED    PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00        .00          .00           .00           .00
PRINCIPAL PAID            .00        .00          .00           .00           .00
INTEREST PAID             .00        .00          .00           .00           .00
TOTAL PAID                .00        .00          .00           .00           .00
The Debtor's attorney, DEVONA & ASSOC                , was allowed $         .00
and was paid $         .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 11/16/07                   /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 10034 LARRY MCGEE
```